COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-234-CV

 

 

IN RE TRACEY W. MURPHY                                                     RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator's petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL A: 
LIVINGSTON, DAUPHINOT, and WALKER, JJ.

 

DELIVERED: July 5, 2007











    [1]See
Tex. R. App. P. 47.4.